# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY LEE CHILDERS,
                      Appellant,
          vs.
THE STATE OF NEVADA,
                      Respondent.

No. 79964

FILED

JAN 1 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

On October 17, 2019, appellant filed a notice of appeal. The notice of appeal fails to identify any decisions of the district court. *See* NRAP 3(c)(1)(B). Further, it does not appear from the district court docket and minute entries that the district court has entered any appealable order. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-02156

cc: Hon. Michelle Leavitt, District Judge
Anthony Lee Childers
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2